# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:23-CR-00473 AGF |
| KELVIN JACKSON, JR., | ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. Defendant has filed a motion for relief from judgment titled, "Motion 2255 – Reduce Sentence." The Court finds that the motion should be administratively terminated from his criminal action and opened as a new civil action brought pursuant to 28 U.S.C. § 2255.

Accordingly,

**IT IS HERBY ORDERED** that the Clerk is directed to **administratively terminate** defendant's "Motion 2255 – Reduce Sentence" [ECF No.126] and open it as a new civil action under 28 U.S.C. § 2255.

Dated this 2nd day of February, 2026.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE